**Ford Elsaesser**
documents@eaidaho.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-8517 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-00043- JMM |
| Cascade Pipeline Corporation ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

**CASE STATUS REPORT**

TRUSTEE:        Ford Elsaesser

STATUS AS OF:        January 19, 2023

<u>ALL ACTIONS WHICH MUST BE COMPLETED PRIOR TO FINAL REPORT BEING FILED:</u>

Action Pending:

2)  The trustee received a letter from the IRS stating a refund was due to the BK estate. On 1/18/23 an IRS agent verified the letter was misleading and should have stated that they are no funds due by or due to the BK Estate of Cascade Pipeline Corporation.

1)  A TFR will be prepared and submitted to the UST for review and filing as the final estate tax return was filed and accountant paid.

.
DATE: January 19, 2023

                        /s/ Ford Elsaesser
                        Ford Elsaesser, Trustee